**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GARY KENNETH RAVERT,** | : | **CIVIL ACTION** |
|        **Plaintiff,** | : | |
| | : | |
|   **v.** | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | **No. 14-5289** |
| ***Acting Commissioner, Social Security*** | : | |
| ***Administration,*** | : | |
|        **Defendant.** | : | |

**O R D E R**

AND NOW, this 20th day of January, 2016, upon consideration of Mr. Ravert's Brief and

Statement of Issues in Support of Request for Review (Doc. No. 7), Defendant's Response to

Mr. Ravert's Request for Review (Doc. No. 9), and after review of United States Magistrate

Judge Marilyn Heffley's Report and Recommendation (Doc. No. 10), to which no objections

have been filed,[1] it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. Mr. Ravert's Request for Review is **GRANTED IN PART**, and the matter is

   **REMANDED** to the Commissioner of the Social Security Administration for further

   proceedings consistent with Magistrate Judge Heffley's Report and Recommendation;

3. **JUDGMENT IS ENTERED** in favor of Mr. Ravert, thereby reversing the decision

   of the Commissioner for the purpose of this remand only; and

---

[1] The Local Rules provide that "[a]ny party may object to a magistrate judge's order
determining a motion or matter . . . within fourteen (14) days after issuance of the magistrate
judge's order . . . ." E.D. Pa. Local R. Civ. P. 72.1(IV)(a). Judge Heffley issued his Report and
Recommendation on December 29, 2015 (Docket No. 10); objections were therefore due January
13, 2016.

4.  The Clerk of Court shall mark this case **CLOSED** for all purposes, including

statistics.

BY THE COURT:

 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge